SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
COLTON BRYANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTRESS FIRM, INC.; JM HAWTHORNE LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-09622-MAA<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

　　Notice is hereby given that Plaintiff COLTON BRYANT ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

　DATED:  December 22, 2025　　　　　　SO. CAL EQUAL ACCESS GROUP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jason J. Kim_
　　　　　　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff